

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2013

No. 04-13-00134-CV

Fred **BEEBE**,
Appellant

v.

**CITY OF SAN ANTONIO** through its Agent City Public Service Board of San Antonio d/b/a
CPS Energy,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08789
Honorable Laura Salinas, Judge Presiding

## O R D E R

On March 22, 2013, the district clerk filed a notification of late record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court **within five days** of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2013.

_____
Keith E. Hottle
Clerk of Court